UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MELVIN BRADLEY BOUTTE** | : | **DOCKET NO. 16-cv-1377** |
| **REG. # 13611-035** | | **SECTION P** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **BECKY CLAY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is the amended civil rights complaint filed pursuant to *Bivens v. Six Unknown Named Agents*, 91 S.Ct. 1999 (1971), by pro se plaintiff Melvin Bradley Boutte ("Boutte"), who is proceeding in forma pauperis in this matter. This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

In our preceding order, directing Boutte to amend his complaint and correct certain deficiencies, we noted that Boutte had failed to allege any wrongdoing or other basis for liability on the part of named defendants Lt. DeVille, C/O Bennett, Counselor Odom, Teddy Desholel, and K. Clostner. Doc. 8, p. 4. n. 2. Boutte makes no mention of these defendants in his amended complaint. *See* doc. 17. Accordingly, Boutte fails to state a claim on which relief may be granted against these defendants and it is now **RECOMMENDED** that they be dismissed from the action pursuant to 28 U.S.C. 1915(e)(2)(B)(ii).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. Failure to file written objections to the proposed

factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 28th day of December, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE