# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **MELVIN BRADLEY BOUTTE** | **CIVIL ACTION NO. 2:16-CV-1377** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **BECKY CLAY, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 19] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, an noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED AND DECREED that the claims against Defendants Lt. Deville, C/O Bennett, Counselor Odom, Teddy Desholel, and K. Clostner are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

MONROE, LOUISIANA, this 23rd day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE