UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| MELVIN BRADLEY BOUTTE | * | CIVIL ACTION NO. 2:16-CV-01377 |
|---|---|---|
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| BECKY CLAY, ET AL. | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Judgment on the Pleadings [Doc. No. 35] is **GRANTED**. As a result, all claims raised in this action are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED THAT** Defendants' Motion for Summary Judgment [Doc. No. 35] is **DENIED AS MOOT**.

Monroe, Louisiana, this 25th day of January, 2019.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**